IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLINIC RESOURCES MANAGEMENT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-578 |
| | § | |
| SYLVIA M. BURWELL, SECRETARY, | § | |
| DEPARTMENT OF HEALTH AND | § | |
| HUMAN SERVICES, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated in the court's Memorandum and Order of even date, this action is dismissed with prejudice.

SIGNED on June 26, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge